# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO.  4:19-CV-0237-ALM-CAN |
| | § |
| v. | § |
| | § |
| QUOGEN, LLC, ET AL., | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Defendant Med-Sense Guaranteed Association's Motion to Dismiss Complaint, filed on April 19, 2019 [Dkt. 15].  Plaintiff has moved to dismiss the entirety of his claims against Defendants [Dkt. 24].  Accordingly,

It is therefore **ORDERED** that Defendant Med-Sense Guaranteed Association's Motion to Dismiss Complaint [Dkt. 15] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**.

SIGNED this 3rd day of May, 2019.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE