# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-237 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| QUOGEN, LLC, ET AL. § | |

### ORDER OF DISMISSAL

Came on for consideration Plaintiff's "Notice of Settlement and Motion to Dismiss with Prejudice" (Dkt. #24) filed in this cause by Plaintiff Craig Cunningham. The Court, having considered the Motion to Dismiss, determines that the Motion should be **GRANTED**.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss with Prejudice is **GRANTED**. It is further,

**ORDERED, ADJUDGED, and DECREED** that all claims between Plaintiff and the Defendants that were or could have been brought in this action are dismissed with prejudice to the re-filing of same. It is further,

**ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.
**SIGNED this 3rd day of May, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE